Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/14/2020

TDW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
JASON BRADLEY KYLE  
2148 ABERDEEN CIRCLE  
MURFREESBORO, TN  37130

CASE NO. 18-04051-RM3-13  
05/13/2020

SSN XXX-XX-5564

**AMENDED**

## ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS, THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$680.00 BI-WEEKLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JASON BRADLEY KYLE<br>CASE NUMBER: 318-04051 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>　　　　800-231-5928<br>FAX:　 615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by electronic payment utilizing the TFS Nationwide System.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc: JASON BRADLEY KYLE  
　　FLEXER LAW PLLC  
　　PAID DIRECT BY DEBTOR

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.  
United States Bankruptcy Court.